**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
UNITED STATES COURTHOUSE
POST OFFICE BOX 649
JACKSONVILLE, FLORIDA 32201-0649

**HOWARD T. SNYDER**
UNITED STATES MAGISTRATE JUDGE

September 1, 1998

Clerk, U. S. District Court
Southern District of Florida
U. S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, Florida 33301

98-121-CR
MOORE

SUBJECT: Transfer of Criminal Case No. 98-0304M(HTS)
USA vs.  MARK KESSLER

Dear Sir/Madame:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are certified copies of various pertinent documents/pleadings.

Please acknowledge receipt of the above on the attached copy provided.

_____
Leilani G. Silva
Deputy Clerk

Enclosures

CLOSED

**U.S. District Court**
**Middle District of Florida (Jacksonville)**

CRIMINAL DOCKET FOR CASE #: 98-M-304-ALL

USA v. Kessler  Filed: 08/19/98
Dkt# in other court: None

Case Assigned to: Magistrate Judge Howard T. Snyder

MARK KESSLER (1)  Noel G. Lawrence
defendant  [COR LD NTC cja]
  Law Office of Noel G. Lawrence
  100 Riverside Ave.
  First Floor
  Jacksonville, FL 32202
  904/356-9928

  Mark Kessler
  (CUSTODY)

Pending Counts:

NONE

Terminated Counts:

NONE

Complaints:

NONE

U. S. Attorneys:

Mark Devereaux
[COR LD NTC]
U.S. Attorney's Office
Middle District of Florida
200 W. Forsyth St., Suite 700
P.O. Box 600
Jacksonville, FL 32201
USA
904/232-2682

Docket as of August 31, 1998 1:53 pm

I certify the foregoing to be a true
and correct copy of the original.
Page 1 RICHARD D. SLETTEN, Clerk
United States District Court
Middle District of Florida
By: _____
Deputy Clerk

Proceedings include events between 1/1/31 and 8/31/98.
3:98m 304-ALL USA v. Kessler

CLOSED

| Date | # | Entry |
|---|---|---|
| 8/18/98 | -- | ARREST (RULE 40) of Mark Kessler in Southern District of Florida on charge(s) of 18:371, 1343 and 2 (ls) [Entry date 08/26/98] |
| 8/19/98 | 1 | INITIAL APPEARANCE held on 8/19/98 before Magistrate Judge Howard T. Snyder as to Mark Kessler   Tape 98-146:2692-end/tape; 98-147:1-1214 Defendant(s) informed of rights. (ls) [Entry date 08/26/98] |
| 8/19/98 | -- | ORAL MOTION in open court by Mark Kessler for appointment of counsel (ls) [Entry date 08/26/98] |
| 8/19/98 | 2 | ORDER as to Mark Kessler granting [0-0] oral motion for appointment of counsel as to Mark Kessler (1).   Therefore, the Federal Public Defender is appointed herein. ( Signed by Magistrate Judge Howard T. Snyder ) (ls) [Entry date 08/26/98] |
| 8/19/98 | 3 | ORDER Setting Conditions of Release as to Mark Kessler Bond set to $50,000, cash or surety for Mark Kessler. ( Signed by Magistrate Judge Howard T. Snyder   ) (ls) [Entry date 08/26/98] |
| 8/19/98 | 4 | NOTICE, set Removal Hearing for 9:30 8/26/98 for Mark Kessler   Scheduled for Magistrate Judge Howard T. Snyder (Signed by deputy clerk) (ls) [Entry date 08/26/98] |
| 8/26/98 | 5 | MISCELLANEOUS HEARING held on 8/26/98 before Magistrate Judge Howard T. Snyder as to Mark Kessler   Tape 98-156:817-1133 (ls) [Entry date 08/26/98] |
| 8/26/98 | -- | ORAL MOTION in open court by Mark Kessler to continue removal hearing (ls) [Entry date 08/26/98] |
| 8/26/98 | 6 | ORDER as to Mark Kessler granting [0-0] oral motion to continue removal hearing as to Mark Kessler (1) until 8/28/98, 2:00 p.m. ( Signed by Magistrate Judge Howard T. Snyder ) (ls) [Entry date 08/26/98] |
| 8/26/98 | -- | ORAL MOTION in open court by Mark Kessler for William Kent to withdraw as attorney (ls) [Entry date 08/26/98] |
| 8/26/98 | 7 | ORDER as to Mark Kessler granting [0-0] oral motion for William Kent to withdraw as attorney (Terminated as to the Federal Public Defender (1). Noel G. Lawrence, Esquire, is appointed and shall hereafter represent Defendant. ( Signed by Magistrate Judge Howard T. Snyder ) (ls) [Entry date 08/31/98] |
| 8/26/98 | 8 | CJA 20 as to Mark Kessler : Appointment of Attorney Noel G. Lawrence   Voucher # 0454266 ( Signed by Magistrate Judge Howard T. Snyder ) (ls) [Entry date 08/31/98] |

Proceedings include events between 1/1/31 and 8/31/98.
3:98m 304-ALL USA v. Kessler

CLOSED

| | | |
|---|---|---|
| 8/28/98 | 9 | REMOVAL HEARING held on 8/28/98 before Magistrate Judge Howard T. Snyder as to Mark Kessler    Tape 98-161:1139-2319 Defendant advised of rights. (ls) [Entry date 08/31/98] |
| 8/28/98 | -- | ORAL MOTION in open court by Mark Kessler    to reduce bond (ls) [Entry date 08/31/98] |
| 8/28/98 | 10 | WAIVER OF RULE 40 Hearings by Mark Kessler (ls) [Entry date 08/31/98] |
| 8/28/98 | 11 | ORDER as to Mark Kessler granting [0-0] oral motion    to reduce bond    Bond reset to $50,000, cash or surety, 10% deposit for Mark Kessler (1), without prejudice to seeking further reduction upon his arrival in the Southern District of Florida.    Further, prior to release, the Court shall conduct a Nebbia hearing to determine the source of collateral being utilized in posting the bond. ( Signed by Magistrate Judge Howard T. Snyder ) (ls) [Entry date 08/31/98] |
| 8/28/98 | 12 | REMOVAL ORDER as to Mark Kessler ( Signed by Magistrate Judge Howard T. Snyder ) (ls) [Entry date 08/31/98] |
| 8/28/98 | -- | TRANSFER (RULE 40) to Southern District of Florida as to Mark Kessler    Terminated . (ls) [Entry date 08/31/98] |

**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AUG 28 1998

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.                                    CASE NO. 98-0304M(HTS)

MARK KESSLER

_____

## O R D E R

The Defendant was arrested on August 18, 1998, pursuant to a Warrant for Arrest from the Southern District of Florida based upon an Indictment charging him with a violation of Title 18, United States Code, Sections 371, 1343 and 2. Thereafter, he appeared before this Court, was advised of the charges against him, the possible consequences thereof, his right to counsel and his right to a prompt identity hearing pursuant to Rule 40, Federal Rules of Criminal Procedure.

On August 28, 1998, the Defendant appeared with his court-appointed counsel and executed a Waiver of Rule 40 Hearings. The Court made inquiry of the Defendant and based thereon finds the Defendant knowingly, voluntarily and intentionally waived his right to an identity hearing in the Middle District of Florida.

The Defendant has been unable to post bond in the amount of $50,000.00, cash or surety, ten percent (10%) deposit. Therefore, the United States Marshal or his duly authorized representative is

I certify the foregoing to be a true
and correct copy of the original.
RICHARD D. SIFFERT, Clerk
United States District Court
Middle District of Florida

By: _____
                Deputy Clerk

HEREBY ORDERED to **forthwith** remove the Defendant to the Southern District of Florida and give him to the custody of the United States Marshal for that District.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of August, 1998.

_____
HOWARD T. SNYDER
United States Magistrate Judge

Copies to:

U. S. Attorney (Devereaux)

Noel G. Lawrence, Esquire
100 Riverside Avenue, First Floor
Jacksonville, Florida 32202

Mark Kessler
c/o John E. Goode Pretrial Detention Facility
500 East Adams Street
Jacksonville, Florida 32202

U. S. Marshal

U. S. Pretrial Services

Clerk, U. S. District Court
Southern District of Florida
U. S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, Florida 33301

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

AUG 28 1998

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.                                               CASE NO. 98-0304M(HTS)

MARK KESSLER

## O R D E R

As indicated at the hearing on this date, after having heard the positions of the parties, Defendant's oral motion to reduce his bond is **GRANTED**, and Mark Kessler is permitted to post ten percent (10%) of $50,000.00, cash or surety, without prejudice to seeking further reduction upon his arrival in the Southern District of Florida. Further, the Order Setting Conditions of Release (Doc. #3), entered on August 19, 1998, is **modified** to include the addition of paragraph (7)(u), "Prior to release, the Court shall conduct a *Nebbia* hearing to determine the source of collateral being utilized in posting the bond."

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of August, 1998.

HOWARD T. SNYDER
United States Magistrate Judge

I certify the foregoing to be a true and correct copy of the original.
RICHARD D. SLETTEN, Clerk
United States District Court
Middle District of Florida

By: _____
Deputy Clerk

Copies to:

U. S. Attorney (Devereaux)

Noel G. Lawrence, Esquire
100 Riverside Avenue, First Floor
Jacksonville, Florida 32202

Mark Kessler
c/o John E. Goode Pretrial Detention Facility
500 East Adams Street
Jacksonville, Florida 32202

U. S. Marshal

U. S. Pretrial Services

# United States District Court

**MIDDLE** DISTRICT OF **FLORIDA**

JACKSONVILLE DIVISION

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA
AUG 28 1998
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

MARK KESSLER

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

CASE NUMBER: 98-0304M(HTS)

I, __MARK KESSLER_____, understand that in the __Southern_____ District of __Florida_____, charges are pending alleging violation of __Title 18, U.S. Code, Sections 371, 1343 and 2.__ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

I certify the foregoing to be a true and correct copy of the original.
United States District Court
Middle District of Florida

By: _____ Deputy Clerk

_8-28-98_
Date

Defendant

Defense Counsel

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. JURISDICTION | | | | 2. MAG. DOCKET NO. | 3. DIST. CT. DOCKET NO. | VOUCHER NO. |
|---|---|---|---|---|---|---|
| 1 ☒ MAG. | 2 ☐ DIST. | 3 ☐ APPEALS | 4 ☐ OTHER | 98-0304M(HTS) | | 0454266 |

| 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) Middle Florida | 6. LOC. CODE FLMJA | 7. CHARGE/OFFENSE 18:371, 1343 and 2 | 7A. CASE CODE 47 |
|---|---|---|---|---|

| 8. IN THE CASE OF | 9. PERSON REPRESENTED (FULL NAME) |
|---|---|
| USA vs KESSLER | MARK KESSLER |

**FILED AUG 26 1998 CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE, FLORIDA**

**10. PERSON REPRESENTED (STATUS)**
1 ☐ DEFENDANT—ADULT  3 ☐ APPELLANT  5 ☐ OTHER
2 ☐ DEFENDANT—JUVENILE  4 ☐ APPELLEE

**11. PROCEEDINGS (Describe briefly)** REMOVAL PROCEEDINGS

**12. PAYMENT CATEGORY**
A ☐ FELONY  C ☐ PETTY OFFENSE  E ☐ OTHER
B ☐ MISDEMEANOR  D ☐ APPEAL

**13. COURT ORDER**
O ☒ Appointing Counsel  F ☐ Subs. for FD
C ☐ Co-Counsel  R ☐ Subs. for Retained Atty.
P ☐ Subs. for Panel Atty. _____ Name of prior panel attorney

Appt. Date _____ Voucher No. _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 14 is appointed to represent this person in this case.

▶ _____
Sig. of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)
▶ August 26, 1998
Date of Order          Nunc Pro Tunc Date

**14. FULL NAME OF ATTORNEY/PAYEE**
Noel G. Lawrence, Esquire
100 Riverside Avenue
Jacksonville, Florida 32202

**15. WORK PHONE** 904-356-9928

16A. Preexisting agreement? ☐ Yes ☐ No
16B. SOCIAL SECURITY NO.
16C. EMPLOYER I.D. NO.
16D. NAME AND MAILING ADDRESS OF LAW FIRM

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | |
|---|---|---|---|---|
| 17. IN COURT | a. Arraignment and/or Plea | | | Multiply rate per hour times total hours to obtain "In Court" compensation. Enter total below. |
| | b. Bail and Detention Hearings | | | |
| | c. Motions Hearings | | | |
| | d. Trial | | | 17A. TOTAL IN COURT COMP. |
| | e. Sentence Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (Rate per hour = $65) TOTAL HOURS = | | | $ |
| 18. OUT OF COURT | a. Interviews and conferences | | | Multiply rate per hour times total hours. Enter total "out of court" compensation below. |
| | b. Obtaining and reviewing records | | | |
| | c. Legal research and brief writing | | | |
| | d. Travel time (Specify on additional sheets) | | | 18A. TOTAL OUT OF COURT COMP. |
| | e. Investigative and other work (Specify on additional sheets) | | | |
| | (Rate per hour = $45) TOTAL HOURS = | | | $ |
| 19. EXPENSES | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT |
| | | | | 19A. TOTAL TRAVEL EXP. $ |
| | | | | 19B. TOTAL OTHER EXP. $ |
| | | | | 20. GRAND TOTAL CLAIMED $ |

**21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD** _____ TO _____

F ☐ Final Payment  I ☐ Interim Payment No. _____
Has compensation and/or reimbursement for work in this case previously been applied for? ☐ YES ☐ NO
If yes, were you paid? ☐ YES ☐ NO  If yes, by whom where you paid? _____ How much? _____
Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation? ☐ YES ☐ NO
If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements ▶ SIGNATURE OF ATTORNEY/PAYEE _____ DATE _____

I certify the foregoing to be a true and correct copy of the original
▶ _____, Clerk
U.S. District Court
Middle District of Florida
By: _____
Deputy Clerk

| 22. IN COURT COMP. $ | 23. OUT OF COURT COMP. $ | 24. TRAVEL EXPENSE $ | 25. OTHER EXPENSES $ | 26. TOTAL AMT. APPROVED/CERT. $ |
|---|---|---|---|---|
| 27. SIGNATURE OF PRESIDING JUDICIAL OFFICER | | | DATE | 27A. JUDGE/MAG. CODE |
| 28. SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE) | | | | 29. TOTAL AMT. APPROVED |

(8)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
AUG 26 1998
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.                                               CASE NO. 98-0304M(HTS)

MARK KESSLER

---

### O R D E R

As indicated at the hearing on this date, Defendant's oral motion to continue the identity hearing is **GRANTED**. Accordingly, said hearing is **continued** until **August 28, 1998, at 2:00 p.m.**, before the undersigned.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of August, 1998.

HOWARD T. SNYDER
United States Magistrate Judge

Copies to:

Counsel of record

Defendant

United States Marshal

United States Pretrial Services

I certify the foregoing to be a true
and correct copy of the original.
RICHARD D. SLETTEN, Clerk
United States District Court
Middle District of Florida

By: _____
       Deputy Clerk

**FILED**

AUG 26 1998

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NO. 98-0304M(HTS)

MARK KESSLER

---

## O R D E R

At the hearing on this date, William M. Kent, Esquire, made an oral motion to withdraw as counsel for Defendant Mark Kessler. After being fully advised in the premises, the oral motion is **GRANTED**, and Mr. Kent is relieved of any further responsibility in this cause. Noel G. Lawrence, Esquire, is hereby appointed and shall hereafter represent Defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of August, 1998.

HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Counsel of record
Defendant
United States Marshal
United States Pretrial Services

I certify the foregoing to be a true
and correct copy of the original.
RICHARD D. _____, Clerk
United States District Court
Middle District of Florida

By: _____
       Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



UNITED STATES OF AMERICA

v.                                          Case No. 98-0304M(HTS)

MARK KESSLER

-------------------------------------

### O R D E R

The Court has examined Defendant under oath and found him indigent within the meaning of Title 18, United States Code, Section 3006A. Therefore, the Federal Public Defender is appointed herein.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of August, 1998.

HOWARD T. SNYDER
United States Magistrate Judge

Copies to:

United States Attorney (Devereaux)

Defendant

Federal Public Defender

I certify the foregoing to be a true and correct copy of the original.
RICHARD D. SLETTEN, Clerk
United States District Court
Middle District of Florida

By: _____
    Deputy Clerk

# United States District Court

**FILED**

__MIDDLE__ DISTRICT OF __FLORIDA__

JACKSONVILLE DIVISION

AUG 19 1998

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

V.

MARK KESSLER

_____
Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: 98-0304M (HTS)

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                                Place
_____ on _____
                                         Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

I certify the foregoing to be a true
and correct copy of the original.

RICHARD D. SLETTEN, Clerk
United States District Court
Middle District of Florida

WHITE COPY — COURT     YELLOW — DEFENDANT     GREEN — PRETRIAL SERVICES     BLUE — U.S. ATTORNEY     PINK — U.S. MARSHAL

AO199B (Rev.8/97) Additional Conditions of Release　　　　　　　　　　　　　　　　Page __2__ of __3__ Pages

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____ (Tel. No.)_____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy

( X ) (7) The defendant shall:
    ( ) (a) maintain or actively seek employment.
    ( ) (b) maintain or commence an educational program.
    (X) (c) abide by the following restrictions on his personal associations, place of abode, or travel:
        Defendant's travel is restricted to the state of Florida. He shall reside at an address provided to the Court which the Court finds acceptable, and shall not change his address without leave of Court.*
    ( ) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:
    (X) (e) report on a regular basis to the supervising officer., as directed.
    ( ) (f) comply with the following curfew: _____
    ( ) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.
    (X) (h) refrain from ~~excessive~~ any use of alcohol.
    (X) (i) refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
    ( ) (j) undergo medical or psychiatric treatment and/or remain in an institution, as follows:_____
    (X) (k) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property $50,000.00, cash or surety.

Per 8/28/98, (X) (l) post with the court the following indicia of ownership of the above-described property, or the following amount or
Order             percentage of the above-described money: 10% of $50,000.00, cash or surety

    ( ) (m) execute a bail bond with solvent sureties in the amount of $ _____
    ( ) (n) return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
    ( ) (o) surrender any passport to _____
    ( ) (p) obtain no passport.
    (X) (q) submit to urine analysis testing upon demand of the supervising officer.
    ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
    ( ) (s) submit to an electronic monitoring program as directed by the supervising officer.
    (X) (t) Defendant shall participate in drug counseling or treatment at the direction of Pretrial Services.

*This residency requirement is lifted when Defendant is required to be away from his residence to answer to the charge(s) pending in the charging district.

Per 8/28/98, (x)(u) Prior to release, the Court shall conduct a <u>Nebbia</u> hearing to determine the
Order         source of collateral being utilized in posting the bond.

WHITE COPY — COURT    YELLOW — DEFENDANT    GREEN — PRETRIAL SERVICES    BLUE — U.S. ATTORNEY    PINK — US MARSHALL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State                        Telephone

## Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
(X) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: August 19, 1998

Copies to: U.S. Attorney (Devereaux)
           Federal Public Defender
           Defendant
           U.S. Pretrial Services
           U.S. Marshal

Signature of Judicial Officer

Howard T. Snyder
U.S. Magistrate Judge
Name and Title of Judicial Officer